UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY MOORE #57023-177,<br>Petitioner | CIVIL DOCKET NO. 1:23-CV-00783<br>SEC P |
| VERSUS | JUDGE DRELL |
| USA,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after an independent review of the record, including the objections filed by Petitioner (ECF No. 9), having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 5) is DISMISSED, WITHOUT PREJUDICE, for lack of jurisdiction.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 23rd day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT